UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| STEVE E. BODINE | CIVIL ACTION NO. 19-0955 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| STATE OF LOUISIANA | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Steve E. Bodine's claim that his appellate counsel failed to communicate with him and failed to review the entire record is **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 29th day of July, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE