UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **STEVE E BODINE #701899** | **CASE NO. 3:19-CV-00955 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE OF LOUISIANA** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation [Doc. No. 49] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Steve E. Bodine's Petition for Writ of Habeas Corpus [Doc. Nos. 1, 17], is **DENIED**, and Petitioner's claims are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 6th day of APRIL 6, 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT COURT